

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00891-CR

James **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12648A
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the portion of the trial court's judgment imposing a sentence of life without the possibility of parole is REVERSED and the cause is REMANDED for resentencing in accordance with this court's opinion.

SIGNED December 23, 2014.

Marialyn Barnard, Justice